JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE DONN,<br><br>          Plaintiff,<br><br>          v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>          Defendant. | Case No. SACV 18-1911 JC<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security Administration is AFFIRMED.

DATED: March 14, 2019

                                                  /s/
                              Honorable Jacqueline Chooljian
                              UNITED STATES MAGISTRATE JUDGE